B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re    Redwine Resources, Inc.                Case No. _____
                                         Debtor(s)                Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Bank of America<br>901 Main Street<br>Dallas, TX 75202 | Bank of America<br>901 Main Street<br>Dallas, TX 75202 | | | 42,304,522.53<br><br>(Unknown secured) |
| Royalties in Suspense | Royalties in Suspense | | | 2,292,879.00 |
| County of Montrose Colorado<br>161 South Townsend Avenue<br>Montrose, CO 81401 | County of Montrose Colorado<br>161 South Townsend Avenue<br>Montrose, CO 81401 | | | 200,000.00 |
| Bank of America<br>901 Main Street<br>Dallas, TX 75202 | Bank of America<br>901 Main Street<br>Dallas, TX 75202 | | | 148,200.00 |
| Winn Explorations Company, Inc.<br>800 North Shoreline Blvd.<br>Corpus Christi, TX 78401 | Winn Explorations Company, Inc.<br>800 North Shoreline Blvd.<br>Corpus Christi, TX 78401 | | | 131,950.00 |
| Dale Resources, Rockies, LLC<br>2100 Ross Avenue<br>Suite 1800<br>Dallas, TX 75210 | Dale Resources, Rockies, LLC<br>2100 Ross Avenue<br>Suite 1800<br>Dallas, TX 75210 | | | 71,941.62 |
| FTI Consulting<br>2001 Ross Avenue<br>Suite 400<br>Dallas, TX 75201 | FTI Consulting<br>2001 Ross Avenue<br>Suite 400<br>Dallas, TX 75201 | | | 62,594.23 |
| Samson Resources<br>PO Box 972290<br>Dallas, TX 75397 | Samson Resources<br>PO Box 972290<br>Dallas, TX 75397 | | | 60,710.00 |
| Mewbourne Oil Company<br>PO Box 7698<br>Tyler, TX 75711 | Mewbourne Oil Company<br>PO Box 7698<br>Tyler, TX 75711 | | | 29,611.00 |
| Great Western Drilling Co.<br>PO Box 1659<br>Midland, TX 79702 | Great Western Drilling Co.<br>PO Box 1659<br>Midland, TX 79702 | | | 24,657.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Redwine Resources, Inc.                                    Case No. _____
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kyle Thompson<br>2100 Ross Avenue<br>Suite 1870<br>Dallas, TX 75210 | Kyle Thompson<br>2100 Ross Avenue<br>Suite 1870<br>Dallas, TX 75210 | | | 19,615.00 |
| Pioneer Oil Company<br>RR4 Box 144B<br>Lawrenceville, IL 62439 | Pioneer Oil Company<br>RR4 Box 144B<br>Lawrenceville, IL 62439 | | | 16,200.00 |
| Spero, Inc.<br>11757 Hill Haven<br>Dallas, TX 75230 | Spero, Inc.<br>11757 Hill Haven<br>Dallas, TX 75230 | | | 15,861.67 |
| J.W. Blair, Inc.<br>837 Good Hope Drive<br>Castle Rock, CO 80108 | J.W. Blair, Inc.<br>837 Good Hope Drive<br>Castle Rock, CO 80108 | | | 7,950.02 |
| NTD Manifest JV<br>Attn: Robert Neely<br>1845 Woodall Rogers Freeway<br>Suite 1030<br>Dallas, TX 75201 | NTD Manifest JV<br>Attn: Robert Neely<br>1845 Woodall Rogers Freeway<br>Dallas, TX 75201 | | | 7,735.00 |
| Oilman's Pump and Supply Inc.<br>PO Box 799<br>Gloucester, VA 23061 | Oilman's Pump and Supply Inc.<br>PO Box 799<br>Gloucester, VA 23061 | | | 4,777.18 |
| Citadel Oil & Gas Company<br>PO Box 3052<br>Denver, CO 80201 | Citadel Oil & Gas Company<br>PO Box 3052<br>Denver, CO 80201 | | | 4,363.46 |
| Oklahoma Tax Commission<br>PO Box 26920<br>Oklahoma City, OK 73126-0860 | Oklahoma Tax Commission<br>PO Box 26920<br>Oklahoma City, OK 73126-0860 | | | 4,065.00 |
| Western Archaeological Services, Inc.<br>PO Box 428<br>Rock Springs, WY 82902 | Western Archaeological Services, Inc.<br>PO Box 428<br>Rock Springs, WY 82902 | | | 3,608.00 |
| Stigler Milling Company<br>P.O. Box 96<br>Stigler, OK 74462 | Stigler Milling Company<br>P.O. Box 96<br>Stigler, OK 74462 | | | 2,943.40 |

B4 (Official Form 4) (12/07) - Cont.

In re  Redwine Resources, Inc.        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 4, 2010**        Signature  **/s/ Gary W. Redwine**
                                                                                Gary W. Redwine
                                                                                President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.